**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GRIMALDI DEEP SEA S.p.A.,

      Plaintiff,

vs.                                Case No.  3:25-cv-615-MMH-MCR

SSA ATLANTIC LLC,

      Defendant.

                                    /

## O R D E R   T O   S H O W   C A U S E

**THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>. Plaintiff initiated this action on June 3, 2025. <u>See</u> Complaint (Doc. 1). Upon review, the Complaint is nearly identical to, if not an exact duplicate of, the operative pleading in <u>Grimaldi Deep Sea S.p.A. v. SSA Atlantic LLC</u>, No. 3:24-cv-562-MMH-SJH, which is currently pending before the Court. <u>Compare</u> Complaint, <u>with</u> Amended Complaint (3:24-cv-562-MMH-SJH Doc. 22), filed on April 10, 2025. The Eleventh Circuit has "adopted a rule against a plaintiff maintaining two separate actions involving the same subject matter, at the same time, in the same court, against the same defendant." <u>See</u> <u>Rumbough v. Comenity Cap. Bank</u>, 748 F. App'x 253, 255 (11th Cir. 2018) (citing <u>Vanover v. NCO Fin. Servs.,</u>

<u>Inc.</u>, 857 F.3d 833, 840–42 (11th Cir. 2017)).[1] This case involves the same parties, the same claims, and the same subject matter as the previously filed action. As such, the Court will direct Plaintiff to show cause why this duplicate action should not be dismissed.

Accordingly, it is

**ORDERED:**

Plaintiff is directed to show cause by a written response filed on or before **October 14, 2025**, why this duplicate action should not be dismissed.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of October 2025.

**MARCIA MORALES HOWARD**
United States District Judge

Lc35
Copies to:
Counsel of Record

---

[1] The Court does not rely on unpublished opinions as binding precedent; however, they may be cited in this Order when the Court finds them persuasive on a particular point. <u>See</u> <u>McNamara v. GEICO</u>, 30 F.4th 1055, 1060–61 (11th Cir. 2022); <u>see generally</u> Fed. R. App. P. 32.1; 11th Cir. R. 36–2 ("Unpublished opinions are not considered binding precedent, but they may be cited as persuasive authority.").