UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GRIMALDI DEEP SEA S.p.A.,

    Plaintiff,

vs.                                             Case No. 3:25-cv-615-MMH-MCR

SSA ATLANTIC LLC,

    Defendant.
_____/

**O R D E R**

    **THIS CAUSE** is before the Court sua sponte. Plaintiff, Grimaldi Deep Sea S.p.A. (Grimaldi), initiated this action against Defendant, SSA Atlantic LLC (SSA), on June 3, 2025. See Complaint (Doc. 1). Upon review of the Complaint, the Court found that this action involves the same parties, the same subject matter, and the same claims as another action pending before the Court, Grimaldi Deep Sea S.p.A. v. SSA Atlantic LLC, No. 3:24-cv-562-MMH-SJH (Grimaldi's First Action). See Order to Show Cause (Doc. 15), entered October 7, 2025, at 1. Indeed, the Complaint is nearly identical to the operative pleading in Grimaldi's First Action. Compare Complaint, with Amended Complaint (3:24-cv-562-MMH-SJH, Doc. 22), filed on April 10, 2025. As such, the Court ordered Grimaldi to show cause why this duplicate action should not be dismissed. See Order to Show Cause at 2. On October 14, 2025, Grimaldi filed

its Response to Order to Show Cause (Doc. 17; Response).

In its Response, Grimaldi explains that it initiated this action before the applicable statute of limitations period expired so that it could address SSA's argument that Grimaldi failed to timely effect service of process on SSA in Grimaldi's First Action. See Response ¶¶ 5, 8, 9. Today, the Court dismissed Grimaldi's First Action for failing to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Rule(s)). See Order (3:24-cv-562-MMH-SJH, Doc. 42; Order Dismissing Grimaldi's First Action). In doing so, the Court expressly found that Grimaldi's First Action was not due to be dismissed for failure to effect service of process in accordance with the Rules. See id. at 5 n.3. As such, this action is duplicative, does not correct any deficiency in Grimaldi's First Action, and is due to be dismissed for the same reasons provided in the Court's Order Dismissing Grimaldi's First Action.

Accordingly, it is

**ORDERED**:

1. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

2. The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida on October 17, 2025.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

Lc35
Copies to:
Counsel of Record