**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GRIMALDI DEEP SEA S.p.A.,

     Plaintiff,

vs.                                 Case No.  3:25-cv-615-MMH-MCR

SSA ATLANTIC, LLC,

     Defendant.

_____/

## O R D E R

    **THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>. On October 17, 2025, the Court entered an Order dismissing this action. <u>See</u> Order (Doc. 18), at 3. It appears that a judgment of dismissal has not yet been entered.

    Accordingly, it is

    **ORDERED:**

The Clerk of the Court is **directed** to enter judgment, <u>nunc</u> <u>pro</u> <u>tunc</u> to October 17, 2025, in favor of Defendant, SSA Atlantic, LLC, and against Plaintiff, Grimaldi Deep Sea S.p.A.

**DONE AND ORDERED** in Jacksonville, Florida, this 23rd day of February, 2026, <u>nunc</u> <u>pro</u> <u>tunc</u> to October 17, 2025.

MARCIA MORALES HOWARD
United States District Judge

Lc35

Copies to:

Counsel of Record

- 2 -